AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### GREENVILLE DIVISION

Timothy Leon Marsh

    vs.

Warden Padula, Lee Correctional Institution;
and Henry McMaster, Attorney General of
South Carolina

**JUDGMENT IN A CIVIL CASE**

Case Number: 6:06-3164-CMC

[ ]    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ]    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X]    **Decision on the Record.** This action came before the court on the record. The issues have been reviewed and a decision rendered.

    **IT IS ORDERED AND ADJUDGED** the case is dismissed without prejudice.

LARRY W. PROPES, Clerk

BY:   s/Dianne Napier
         Case Manager

January 24, 2007